IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**STEVEN NORWOOD**                                                                 **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO.** 3:22cv190-DMB-RP

**CORR FLIGHT S., INC.**                                                **DEFENDANT**

**COMPLAINT**
**JURY TRIAL DEMANDED**

**COMES NOW** the Plaintiff, Steven Norwood, by and through his counsel, Watson & Norris, PLLC, and files this action to recover damages for violations of his rights under the Fair Labor Standards Act against Defendant, Corr Flight S., Inc. In support of this cause, the Plaintiff would show unto the Court the following facts to-wit:

**THE PARTIES**

1. Plaintiff, Steven Norwood, is an adult male who resides in Yalobusha County, Mississippi.

2. Defendant, Corr Flight S., Inc., is a Mississippi corporation that may be served with process by serving its registered agent: Wendi D. Litton, 300 South Lamar, Suite 201, Oxford, Mississippi 38655.

**JURISDICTION AND VENUE**

3. This Court has federal question jurisdiction for claims arising under the FLSA.

4. Jurisdiction and venue are proper in this Court as Plaintiff's claims are brought pursuant to the FLSA to recover unpaid back wages, unpaid overtime wages, an additional equal amount as liquidated damages, obtain declaratory relief, and reasonable attorney's fees and costs.

5.      The Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C.§1337 and the FLSA, 29 U.S.C.§216(b).

## STATEMENT OF FACTS

6.      Plaintiff is a 49-year-old male resident of Yalobusha County, Mississippi.

7.      Plaintiff was hired on October 18, 2021, as a Driver and Hanger Operations Worker at Corr Flight S., Inc.

8.      Plaintiff was an hourly employee and was paid $14.00 per hour.

9.      On or around April 21, 2022, Plaintiff went to retrieve a company van and bring it back to company headquarters.

10.     Later that day, Director of Ground Operations Jackson Duncan texted pictures of the van to Plaintiff and instructed to come clean the van and to perform that duty off the clock.

11.     Also, on or around March 15, 2022, Plaintiff was instructed not to take lunch breaks.

12.     Although Plaintiff did not take lunch breaks on those days, lunch breaks were deducted from his pay.

13.     On April 21, 2022, Plaintiff completed an online form of the Mississippi Wage & Hour Division to report that Corr Flight was instructing him to perform work duties off the clock, deducting time from his check that he worked (i.e., the lunch breaks), and demanding that he be on call without compensation.

14.     On April 26, 2022, Plaintiff emailed Chief Operating Officer and General Counsel Wendi Litton, to set up a meeting with her.

15.     Plaintiff had already complained to others in the company and he wanted to

address with her the pay issues described above.

16. Ms. Litton, however, never responded to Plaintiff's email.

17. On the morning of May 11, 2022, Plaintiff followed up with the Mississippi Wage & Hour Division by calling them on the phone.

18. Later that same day, on May 11, 2022, Plaintiff was terminated, allegedly for excessive tardies and write ups.

19. Plaintiff contends these allegations are false.

## CAUSES OF ACTION

### COUNT I: VIOLATION OF THE FAIR LABOR STANDARDS ACT

20. Plaintiff alleges and incorporates all averments set forth in paragraphs 1 through 19 above as if fully incorporated herein.

21. Plaintiff was a non-exempt employee and subject to the provisions of the Fair Labor Standards Act as it pertains to whether or not Plaintiff was entitled to pay for all hours worked in addition to overtime pay for all overtime hours worked.

22. The Fair Labor Standards Act requires that employees be paid for all hours worked and be paid an overtime premium at a rate not less than one and one-half (1 ½) times the regular rate at which they are employed for all hours in excess of forty (40) hours in a work week. 29 U.S.C. § 207(a).

23. Plaintiff has not been properly paid compensation for all hours worked including overtime compensation under the Fair Labor Standards Act at a rate of 1 ½ his regular rate of pay.

24. The acts of the Defendant constitute a willful intentional violation of the Fair Labor Standards Act and entitle Plaintiff to liquidated damages and attorney fees.

## COUNT II: VIOLATION OF THE FAIR LABOR STANDARDS ACT - RETALIATION

25. Plaintiff incorporates by reference all preceding facts as set forth in Paragraphs 1 through 24.

26. Defendant unlawfully retaliated against Plaintiff after he made internal complaints and complained to the Wage & Hour Division of the Department of Labor by terminating Plaintiff about having to perform work duties off the clock, deducting time from his check that he worked (i.e., the lunch breaks), and demanding that he be on call without compensation.

27. However, the Defendant's purported reason given to Plaintiff for his termination, excessive tardiness and write ups, were only false allegations made by Defendant in retaliation for Plaintiff's complaint regarding violation of his rights under the FLSA.

28. The acts of the Defendant constitute a willful intentional violation of the Fair Labor Standards Act.

## **PRAYER FOR RELIEF**

**WHEREFORE PREMISES CONSIDERED,** Plaintiff respectfully prays that upon hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined by the jury:

1. Back wages and reinstatement; or
2. Future wages in lieu of reinstatement;
3. Liquidated damages;
4. Compensatory and Punitive damages;
5. Attorney's fees;
6. Lost benefits;
7. Pre-judgment and post-judgment interest;
8. Costs and expenses; and
9. Such further relief as is deemed just and proper.

THIS the 1st day of September 2022.

        Respectfully submitted,

        STEVEN NORWOOD, Plaintiff

By: /s/Louis H. Watson, Jr.
    Louis H. Watson, Jr. (MB# 9053)
    Nick Norris (MB# 101574)
    Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, MS 39232-9212
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: louis@watsonnorris.com
Web: www.watsonnorris.com